1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  TIANYI WEI.                              CASE NO. 2:22-CV-02096-DAD-AC (PS)

12            Plaintiff,                    STIPULATION AND ~~PROPOSED~~ ORDER RE: DISMISSAL

13       v.

14  ALEJANDRO MAYORKAS, ET AL.,

15            Defendants.

16

17
          The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own
18
   costs of litigation.
19

20

21

22

23

24

25

26

27

28
                                                    1

                                          Respectfully submitted,

Dated: January 20, 2023                          PHILLIP A. TALBERT
                                               United States Attorney

                                  By: /s/ ELLIOT C. WONG
                                           ELLIOT C. WONG
                                           Assistant United States Attorney

Dated: January 20, 2023                         /s/ TIANYI WEI
                                             TIANYI WEI
                                             Plaintiff

                                       [~~PROPOSED~~] ORDER

It is so ordered.

Date: January 20, 2023                                _/s/ Allison Claire_
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE